# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| WAMAR Technologies, LLC ) | ASBCA No. 61985 |
| ) | |
| Under Contract Nos. H98230-17-C-0444 ) | |
| H98230-17-C-0539 ) | |

APPEARANCES FOR THE APPELLANT: Kevin P. Connelly, Esq.
Jeffrey M. Lowry, Esq.
  Vedder Price P.C.
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Darrell F. Cook, Esq.
  NSA Chief Trial Attorney
William R. Buonaccorsi, Esq.
Laura A. Wallace, Esq.
  Trial Attorneys
  National Security Agency
  Fort George G. Meade, MD

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 11, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61985, Appeal of WAMAR Technologies, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals